In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-302 CV


____________________



CHARLES A. EVANS, Appellant



V.



SOUTHEAST TEXAS MEDICAL ASSOCIATES, L.L.P., Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-174,441






MEMORANDUM OPINION


 Charles A. Evans, appellant, filed a motion to dismiss this appeal with prejudice. The
appellant alleges all matters in controversy have been resolved and he no longer desires to
pursue an appeal. The Court finds that this motion is voluntarily made by the appellant prior
to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other
party filed a notice of appeal. The motion to dismiss is granted and the appeal is therefore
dismissed.

 APPEAL DISMISSED. 

 ___________________________

 CHARLES KREGER

 Justice

Opinion Delivered February 9, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.